[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-12114

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

JAMES FRANKLIN BROOMFIELD, JR.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 2:13-cr-00055-JES-NPM-1

_____

2                         Opinion of the Court                    24-12114

Before JILL PRYOR, NEWSOM, and GRANT, Circuit Judges.

PER CURIAM:

Keith Wayne Upson, appointed counsel for James Franklin Broomfield, Jr., in this appeal from the denial of Broomfield's motion for compassionate release has moved to withdraw on appeal, supported by a brief prepared under *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the district court's denial of Broomfield's motion is **AFFIRMED**.